AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | DePorre | Telephone: | (810) 766-5177 |
| Special Agent: | Hurt | Telephone: | (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Terance Hill,

Case: 4:22-mj-30110
Judge: Ivy, Curtis
Filed: 03-01-2022
CMP USA V HILL (kcm)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 1, 2022__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a firearm |

This criminal complaint is based on these facts:

That on or about January 1, 2022, in the Eastern District of Michigan, Terance Hill, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, specifically a Springfield Armory, model Saint, 5.56mm pistol, in violation of 18 U.S.C. § 922(g)(1).

☑ Continued on the attached sheet.

_Complainant's signature_

Dustin Hurt, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 1, 2022__

_Judge's signature_

City and state: __Flint, MI__

Curtis Ivy, Jr., United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Dustin Hurt, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION & AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and I have been since October of 2018. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for the Michigan State Police, I was a local police officer for the Grand Ledge Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI Safe Streets Task Force. During my employment with ATF and MSP, I have conducted or participated in

numerous criminal investigations focused on armed robberies, homicides, firearms, armed drug trafficking, and criminal street gangs. On numerous occasions I have utilized social media platforms in furtherance of gaining evidence for criminal activities.

3. The purpose of this affidavit is to establish probable cause that Terance Hill (DOB XX/XX/1977) violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) on or about January 01, 2022, in the Eastern District of Michigan.

## PROBABLE CAUSE

4. In January of 2022, I reviewed a Computerized Criminal History (CCH) of Hill, which revealed Hill has been convicted of the following felonies that are punishable by a term of imprisonment exceeding one year:

- February 1997 – Assault with intent to rob while armed;
- January 2011 –  Fleeing police – third degree;
- January 2011 –  Firearm possession by a felon;
- January 2011 –  Carrying concealed weapon;
- August 2012 – Fleeing police – third degree.

5. During the month of January 2022, S/A Monfette conducted a query of Hill in a law enforcement database (CLEAR) which revealed a registered address of XXXX N. Chevrolet Avenue, Flint, MI.

6.  During the last week of January 2022, surveillance was conducted of Hill in the Flint area. Hill was observed in the driveway of XXXX N. Chevrolet Avenue in a gold Cadillac Escalade.

7.  During the second week of February 2022, ATF Agents and Task Force Officers (TFO) conducted surveillance of Hill. Surveillance units observed Hill exit XXXX N. Chevrolet Avenue, Flint, enter a blue Cadillac SRX and depart the area. Subsequently surveillance units observed Hill return to XXXX N. Chevrolet Avenue and enter the residence through the back door.

8.  During the third week of February 2022, ATF agents and TFOs conducted surveillance of Hill in the Flint area. Surveillance units observed Hill exit XXXX N. Chevrolet Avenue and depart the area as the sole occupant of a gold Cadillac Escalade.

9.  On February 18, 2022, S/A Todd Monfette obtained a federal search warrant for Hills's residence located at XXXX N. Chevrolet Avenue, Flint, MI signed by the Honorable Patricia Morris (22-50217-2).

10. On February 28, 2022, ATF special agents, along with officers from the Flint Police Department and the Michigan State Police, executed the abovementioned federal search warrant at XXXX N. Chevrolet Avenue, Flint, MI.

11. Law enforcement found the following item:

    - One (1) Springfield Armory, model Saint, 5.56mm pistol, SN: ST380561, which was recovered in a bedroom of the residence. Below is a photograph of the recovered firearm.

    

12. On February 28, 2022, S/A Monfette and I spoke with Hill at the Genesee County Jail. We advised Hill of his *Miranda* rights. Hill stated he occasionally stayed at XXXX N. Chevrolet Avenue with the mother of his children. Hill stated he stayed at the residence the previous night (February 27, 2022). Hill stated he had knowledge of a firearm in a bedroom closet of XXXX N. Chevrolet Avenue. Hill stated the firearm belonged to the mother of his children. Hill provided consent to search his cellular phones.

13. During a partial review of Hill's cellular phones, I observed a photograph depicting Hill holding an AR style pistol in his left hand and a champagne bottle in his right hand. The background of the photograph depicted balloons and a table covered with a table cloth. I know that people commonly celebrate New Years and New Years Eve by toasting champagne. On January 01, 2022, Hill received the photograph in a text message from a contact saved as "Baby Momma" in his phone.

14. I compared the photograph depicting Hill in possession of a black AR style pistol to the Springfield Armory pistol recovered from XXXX N. Chevrolet Avenue. Based upon my experience, training and knowledge of this case, I believe the firearm in the photo is the seized firearm.

15. I am certified as an Interstate Nexus Expert. On February 28, 2022, I examined the firearm and determined that the firearm was manufactured outside of the state of Michigan after 1898, and therefore the firearm had traveled in and affected interstate commerce and is a firearm as defined by 18 U.S.C. § 921.

## CONCLUSION

16. Based upon the above information, there is probable cause that on or about January 1, 2022, in the Eastern District of Michigan, Terance Hill, knowing he had been previously convicted of a crime punishable by imprisonment for a

5

term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, specifically a Springfield Armory, model Saint, 5.56mm pistol, in violation of 18 U.S.C. § 922(g)(1).

_____
Special Agent Dustin Hurt
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me or by reliable electronic means on this 1st day of March, 2022.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge